## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

CHRISTY BITZKO, individually and on behalf
of all others similarly situated,

                Plaintiff,

        vs.

WELTMAN, WEINBERG & REIS CO., LPA,

                Defendant.

Case No.: 1:17-cv-00458-BKS-DJS

## NOTICE OF MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT

**PLEASE TAKE NOTICE** that upon the Memorandum of Law in Support of Joint Motion for Preliminary Order Approving Settlement, Directing Notice to Class Members and Scheduling Fairness Hearing, the Declaration of Craig B. Sanders, Esq. dated July 20, 2021 (including all exhibits), all other motion papers, and upon all prior pleadings, all parties in the above referenced action, by and through their respective counsel, will jointly move this Court at the United States Courthouse, of the United States District Court for the Northern District of New York, 100 South Clinton Street, Syracuse, New York 13261 before the Honorable Brenda K. Sannes, at a telephonic hearing set for August 10th at 10:00am, for an Order granting final approval of the class action settlement agreement ("*Agreement*") which this Court preliminarily approved on April 16, 2021 and such other and further relief as may be just and proper.

July 22, 2021

**BARSHAY SANDERS, PLLC**

By: */s Craig B. Sanders*
Craig B. Sanders, Esq.
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel: (516) 203-7600
*Attorneys for Plaintiff*

**DAVIDSON FINK LLP**

By: */s Glenn M. Fjermedal*
Glenn M. Fjermedal, Esq.
28 East Main Street, Suite 1700
Rochester, NY 14614
Telephone: (585) 546-6448
*Attorney for Defendant*